839    In re Spalding and Evenflo Companies, Inc./Safety Mutual Insurance Co. Contract Litigation

| Date | No. | Description |
|---|---|---|
| 90/02/22 | 1 | MOTION, BRIEF, SCHEDULE, ATTACHMENTS, CERT. OF SERVICE -- Deft. Spalding and Evenflo Companies, Inc. -- SUGGESTED TRANSFEREE DISTRICT: MIDDLE DISTRICT OF FLORIDA (cds) |
| 90/03/05 | 2 | RESPONSE/BRIEF (to pldg. #1) -- pltf. Safety Mutual Casualty Co. -- w/cert. of service (cds) |
| 90/03/05 | | APPEARANCES: GERALD J. CORCORAN, ESQ. for Employers Self Insurance Service; and PATRICK J. KEENAN, ESQ. for Safety Mutual Casualty Co. (cds) |
| 90/03/07 | | APPEARANCE -- Mary J. Maudsley, Esq. for Spalding and Evenflo Companies (rew) |
| 90/03/26 | 3 | REPLY -- Spalding and Evenflo Companies, Inc. -- w/cert. of service (cds) |
| 90/04/09 | | HEARING ORDER -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/05/30 | | HEARING APPEARANCES -- MARY J. MAUDSLEY, ESQ. for Spalding & Everflo Companies, Inc.; PATRICK J. KEENAN, ESQ. for Safety Mutual Casualty Corporation (ds) |
| 90/05/30 | | WAIVER OF ORAL ARGUMENT -- Employers Self Insurance Company (ds) |
| 90/06/06 | | ORDER DENYING TRANSFER -- Notified involved counsel, judges, clerks and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 839 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Spalding and Evenflo Companies, Inc./Safety Mutual Insurance Co. Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 6, 1990 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: June 6, 1990

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 839 -- In re Spalding and Evenflo Companies, Inc./Safety Mutual Insurance Co. Contract Lit.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Safety Mutual Insurance Company v. Spalding and Evenflo Companies, Inc., et al. | N.J. Brotman | 89-5048(SSB) | | | | |
| A-2 | Spalding and Evenflo Companies, Inc. v. Safety Mutual Casualty Corporation | Fla.,M. Castognia(?) | 89-826-CIV-T-15C | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 839 -- In re Spalding and Evenflo Companies, Inc./Safety Mutual Insurance Co. Contract Litigation

**SAFETY MUTUAL INSURANCE COMPANY (A-1)**
Patrick J. Keenan, Esq.
Law Offices of Thomas J. Duffy
41 Grove Street
Haddonfield, New Jersey 08033

**SPALDING AND EVENFLO COMPANIES, INC.**
(plaintiff A-2) (and defendant A-1)

Mary J. Maudsley, Esq.
April & Maudsley, P.A.
Linwood Professional Plaza
2021 New Road, Suite 15
P.O. Box 165
Linwood, New Jersey 08221

**SAFETY MUTUAL CASUALTY CORPORATION**
(No Appearance Received)
Gregory L. Evans, Esq.
Fowler, White, Gillen, Boggs,
  Villareal & Banker, P.A.
P.O. Box 1438
Tampa, Florida 33601

**EMPLOYERS SELF INSURANCE SERVICE**
Gerald J. Corcoran, Esq.
Megargee, Youngblood, Franklin &
  Corcoran
600 Fire Road
P.O. Box 850
Pleasantville, New Jersey 08232

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __839__ -- In re Spalding and Evenflo Companies, Inc./Safety Mutual Insurance Co. Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Spalding and Evenflo Companies, Inc. | A-1 |
| Employers Self Insurance Service | A-1 |
| Safety Mutual Casualty Corp. | A-2 |